CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN B. SHAFER,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED GENERAL TITLE INSURANCE COMPANY, ET AL.<br><br>               Defendants. | Civ. No. 08-2884 (DRD)<br><br>**ORDER** |

    This matter having come before the Court on a Motion for Attorneys' Fees and Costs submitted by Defendants; and the Court having reviewed the submissions of the parties; and the Defendants having failed to submit billing records disclosing (1) the nature of each task completed, the time spent on that task, and the identity of the attorney completing that task, or (2) disclose the terms of any fee arrangements between those parties and their attorneys and what, if any, fees have been paid pursuant to such arrangements;

    IT IS on this 7th of December, 2009, ORDERED that Defendants shall, within 10 days of this Order, submit a supplemental filing disclosing the information set forth in Local Civil Rule 54.2(a) and Federal Rule of Civil Procedure 54(d)(2)(B)(iv), including (1) the nature of each task completed, the time spent on that task, and the identity of the attorney completing that

task, or (2) disclose the terms of any fee arrangements between those parties and their attorneys and what, if any, fees have been paid pursuant to such arrangements.

DICKINSON R. DEBEVOISE, U.S.S.D.J.