UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN B. SHAFER,

                Plaintiff,         Civ. No.08-02884 (DRD)

v.                                       **O R D E R**

UNITED GENERAL TITLE INSURANCE
COMPANY, ET AL.

                Defendants.

Defendants having moved for an award of attorneys' fees and costs against Plaintiff, John B. Shafer; and the Court having considered the submissions and arguments of the parties; and for the reasons set forth in an Opinion of even date,

IT IS on the 3rd day of March 2010, ORDERED as follows:

1. Defendants' motion is granted.

2. Defendants are awarded against Plainitff attorneys' fees in the amount of $129,573.30 and costs in the amount of $4,680.76 for a total amount of $134,254.06.

                                                 s/ Dickinson R. Debevoise_____
                                                 DICKINSON R. DEBEVOISE, U.S.S.D.J.