# AMENDED AND SUPPLEMENTAL
# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of New Jersey (Newark)\

| | |
|---|---|
| John B. Shafer, | **Circuit Court Docket No: 09-4022** |
| v. | **District Court Docket No: 2:08-cv-02884-DRD-MAS** |
| United General Title Insurance Company, First American Corporation, First American Title Insurance Company & Gary Kermott | **District Court Judge: Hon. Dickinson R. Debevoise** |

Notice is hereby given that the plaintiff, John B. Shafer appeals to the United States Court of Appeals for the Third Circuit, from the order granting defendant's motion for summary judgment dismissing the Complaint and denying plaintiff's cross-motion for partial summary judgment, and from the order denying plaintiff's motion for reconsideration, filed on July 8, 2009 and September 21, 2009, respectively; and from the order awarding defendants attorney's fees and costs filed on March 3, 2010.

Dated: March 9, 2010
cc:   Theresa A. Kelly, Esq. (via e-filing)

                                                  s/Noel E. Schablik
                                                Noel E. Schablik, Esq.
                                                Counsel for Appellant
                                                Attorney ID #: NJ 007081973
                                                Noel E. Schablik, P.A.
                                                35 Waterview Boulevard
                                                Parsippany, New Jersey 07054

nes@neslaw.com

                                                Counsel for Appellant
                                                John B. Shafer

## **CERTIFICATE OF SERVICE**

I, **Noel E. Schablik**, do hereby certify that I served a copy of the **AMENDED AND SUPPLEMENTAL NOTICE OF APPEAL** via Electronic Case Filing addressed to the following:

William T. Walsh, Clerk
U.S. District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Theresa A. Kelly, Esq.
Day Pitney, LLP
200 Campus Drive
Florham Park, New Jersey 07932
tkelly@daypitney.com

I further certify that on the same date a courtesy hard copy of the Amended and Supplemental Notice of Appeal was sent to the Hon. Dickinson R. Debevoise, at the United States District Court, M.L. King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, via regular mail.

| | |
|---|---|
| Date:   March 9, 2010 | s/Noel E. Schablik |
| | Noel E. Schablik, Esq. |
| | Counsel for Appellant |