**DAY PITNEY LLP**
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

**ATTORNEYS FOR** Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN B. SHAFER, | : | Hon. Dickinson R. Debevoise |
| | | Civ. Action No. 08-02884 (DRD) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER AND FINAL JUDGMENT** |
| UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY & GARY KERMOTT, | : | |
| | : | |
| Defendants. | | |

THIS MATTER having been opened to the Court upon the motion of defendants United General Title Insurance Company, The First American Corporation, First American Title Insurance Company and Gary Kermott, for attorneys' fees and costs against plaintiff John Shafer, and the Court having considered the papers

83261552.1

submitted, the Court having entered an Opinion and Order on March 3, 2010 granting defendants' motion for attorneys' fees and costs; and for good cause shown;

IT IS on this 26Th day of March, 2010,

ORDERED that Final Judgment shall be and hereby is entered pursuant to Federal Rule of Civil Procedure 58 in favor of defendants and against plaintiff in the amount of $134,254.06 pursuant to the Opinion and Order of the Court entered on March 3, 2010. Said Judgment is calculated as follows:

1. The amount of $129,573.30 which represents attorneys' fees awarded to defendants pursuant to the Opinion and Order of the Court entered on March 3, 2010.

2. The amount of $4,680.76 which represents costs awarded to defendants pursuant to the Opinion and Order of the Court entered on March 3, 2010.

IT IS FURTHER ORDERED that the Court retains jurisdiction of this matter for purposes of post-judgment proceedings.

HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE