# SECOND AMENDED NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of New Jersey (Newark)

| | |
|---|---|
| John B. Shafer, | **Circuit Court Docket No: 09-4022 & 10-1742** |
| v. | **District Court**<br>**Docket No:2:08-cv-02884-DRD-MAS** |
| United General Title Insurance Company, First American Corporation, First American Title Insurance Company & Gary Kermott | **District Court**<br>**Judge: Dickinson R. Debevoise** |

Notice is hereby given that the plaintiff, John B. Shafer appeals to the United States Court of Appeals for the Third Circuit, from the order granting defendants' motion for summary judgment dismissing the Complaint and denying plaintiff's cross-motion for summary judgment filed on July 8, 2009; the order denying plaintiff's motion for reconsideration filed on Sept. 21, 2009; and the Order and Final Judgment awarding defendants attorneys fees in the amount of $129,573.30 and costs in the amount of $4680.76 for a total amount of $134,254.06, filed on March 26, 2010.

Dated: April 5, 2010

cc: Theresa A. Kelly, Esq. (via e-filing)

                                                   s/Noel E. Schablik
Noel E. Schablik, Esq.
Counsel for Appellant
Attorney ID #: NJ 007081973
Noel E. Schablik, P.A.
35 Waterview Boulevard
Parsippany, New Jersey 07054
nes@schablikknapp.com
Counsel for Appellant
John B. Shafer

## CERTIFICATE OF SERVICE

I, **Noel E. Schablik**, do hereby certify that I filed an original of this Second Amended Notice of Appeal with the Clerk of the United States District Court and served a copy thereof on my adversary via Electronic Case Filing addressed to the following:

William T. Walsh, Clerk
U.S. District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Theresa A. Kelly, Esq.
Day Pitney, LLP
200 Campus Drive
Florham Park, New Jersey 07932
tkelly@daypitney.com

I further certify that on the same date a courtesy hard copy of this Second Amended Notice of Appeal was sent to the Hon. Dickinson R. Debevoise, U.S.D.J., at the United States District Court, M.L. King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, via Lawyers Service messenger delivery.

Date:  April 5, 2010                                      s/Noel E. Schablik
                                                          Noel E. Schablik, Esq.
                                                          Counsel for Appellant